FILED
RICHARD W. NA...
CLERK OF C...
2026 JAN 15 PM 1:5
...DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.**  |
| **Plaintiff,** | **JUDGE** |
| v. | **INFORMATION** |
| **MARK LLOYD** | |
| **Defendant.** | **18 U.S.C. § 111(a)(1)** |

**THE UNITED STATES ATTORNEY CHARGES:**

## COUNT ONE
**(Assaulting, Resisting, or Impeding Certain Officers or Employees)**

On or about November 14, 2025, in the Southern District of Ohio, the defendant, **MARK LLOYD**, did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in 18 U.S.C. § 1114, specifically, United States Marshal Service contractor M.S., a person who was assisting a federal officer or employee in the performance of official duties, and on account of that assistance, and such acts involved physical contact with the person.

**In violation of 18 U.S.C. § 111(a)(1).**

DOMINICK S. GERACE II
United States Attorney

BRIAN J. MARTINEZ (CA 224587)
Assistant United States Attorney