## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION AT COLUMBUS


United States of America

      -vs-      Case No.  2:26-CR-008

    Mark Lloyd

_____


## NOTICE OF HEARING

TAKE NOTICE that a **Arraignment on Information** is scheduled for **February 4, 2026** at **10:15 AM.** This hearing will be held before the **Honorable Norah McCann King**, United States Magistrate Judge in **Courtroom No. 220 located on the Second Floor**, Joseph P. Kinneary U.S. Courthouse, 85 Marconi Boulevard, Columbus, Ohio. For Arraignments on Indictment, please find attached Waiver of Appearance. **If the defendant authorizes defense counsel to enter the not guilty plea on defendant's behalf, the defendant does not need to appear, although defense counsel and the Government must appear**. For Arraignment on Information and Guilty Pleas, please see attached consent to plead guilty before a U.S. Magistrate Judge form.


Dated January 22, 2026


         Norah McCann King
         UNITED STATES MAGISTRATE JUDGE

         */s/ Spencer Harris*
         By: Spencer Harris, Courtroom Deputy
         614.719.3027
         spencer_harris@ohsd.uscourts.gov